# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JOSEPH MILISITS, *et al.*,

    Plaintiffs,

v.

FCA US LLC,

    Defendant.

Case No. 20-cv-11578
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING PLAINTIFFS' MOTION FOR A SCHEDULING CONFERENCE (ECF No. 30)

On April 15, 2021, Plaintiffs filed a motion requesting that the Court hold a scheduling conference in this matter. (*See* Mot., ECF No. 30.) Defendant FCA US LLC opposes the motion. (*See* FCA Resp., ECF No. 31.) FCA argues that the Court should not hold a scheduling conference until after the Court issues a ruling on FCA's currently-pending motion to dismiss. (*See id.*)

The Court has carefully reviewed Plaintiffs' motion, FCA's response, and Plaintiffs' reply, and for the reasons stated in Plaintiffs' motion and reply, the Court concludes that the motion should be granted. The Court is set to hear oral argument on FCA's motion to dismiss on June 8, 2021. (*See* Notice of Hearing, ECF No. 28.) The Court will hold the scheduling conference at the conclusion of that hearing. At that time, the Court will entertain argument from FCA that discovery should be

1

limited and/or should proceed in phases pending a resolution on the motion to dismiss.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: May 6, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 6, 2021, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764