UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MILISITS *et al.*,

    Plaintiffs,

Case No. 20-cv-11578
Hon. Matthew F. Leitman

v.

FCA US LLC,

    Defendant.
_____/

### ORDER TERMINATING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 80) WITHOUT PREJUDICE

On February 8, 2024, the Court held an on-the-record status conference in this action. For the reasons discussed with the parties during that status conference, the Court **TERMINATES** Defendant FCA US LLC's currently-pending motion for summary judgment (ECF No. 80) **WITHOUT PREJUDICE**. FCA may re-file a motion for summary judgment following the close of expert discovery.

    **IT IS SO ORDERED**.

Dated: February 8, 2024

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

    I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 8, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126