UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MILISITS *et al.*,

    Plaintiffs,

v.

FCA US LLC,

    Defendant.

Case No. 20-cv-11578
Hon. Matthew F. Leitman

_____/

**ORDER (1) GRANTING IN PART, DENYING WITHOUT PREJUDICE IN PART, AND TERMINATING IN PART DEFENDANT'S MOTION TO EXCLUDE THE OPINIONS OF PLAINTIFF'S EXPERT WITNESS (ECF No. 115); (2) GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 106); AND (3) GRANTING PLAINTIFF'S MOTION TO SEAL (ECF No. 108)**

On September 18, 2025, the Court held a hearing on several pending motions in this action. For the reasons stated on the record during the motion hearing, the motions are resolved as follows:

- Defendant FCA US LLC's motion to exclude the opinions of Plaintiffs' expert witness Michael Stapleford (ECF No. 115) is **GRANTED IN PART, DENIED WITHOUT PREJUDICE IN PART, AND TERMINATED IN PART**. The motion is **GRANTED** with respect to Stapleford's opinions regarding FCA's pre-sale knowledge. Stapleford shall not testify at trial that FCA had pre-sale knowledge of

1

the alleged transmission defect. The motion is **DENIED WITHOUT PREJUDICE** with respect to Stapleford's opinions regarding whether the symptoms Plaintiffs experienced with their vehicles were caused by the alleged transmission defect. FCA may renew its challenge to that proposed testimony in a future motion. Finally, the motion is **TERMINATED** with respect to Stapleford's opinion that the alleged defect caused a danger. Plaintiffs are not seeking to present that opinion at trial.

- FCA's motion for summary judgment (ECF No. 106) is **GRANTED IN PART AND DENIED IN PART**. The motion is **GRANTED** with respect to (1) Plaintiffs' express warranty claims, (2) the implied warranty claims of Plaintiffs Lisa Cummings, Jennifer Hurst, Michael Muller, Brian Razen, and Howard Shreve, and (3) Plaintiff Jessica Landgrebe's claim under the Minnesota Unfair and Deceptive Trade Practices Act. Those claims are **DISMISSED WITH PREJUDICE**. The motion is **DENIED** in all other respects. However, the Court **GRANTS** FCA leave to file a renewed summary judgment motion that shall be strictly limited to arguments related to (1) the economic loss doctrine and (2) the statute of limitations as applied to Plaintiffs' state-law consumer fraud claims.

- Finally, Plaintiffs' motion to seal (ECF No. 108) is **GRANTED**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  September 18, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126