UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH MILISITS *et al.*,

Plaintiffs,

Case No. 20-cv-11578
Hon. Matthew F. Leitman

v.

FCA US LLC,

Defendant.

______________________________________________________________/

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S RENEWED MOTION FOR SUMMARY JUDGMENT (ECF No. 127)**

On November 23, 2026, the Court held a hearing on Defendant FCA US LLC's renewed motion for summary judgment. (*See* Mot., ECF No. 127.) For the reasons explained on the record, the motion is **GRANTED IN PART AND DENIED IN PART** as follows:

- The motion is **GRANTED** with respect to (1) Plaintiff Michael Muller's claims under N.Y. Gen. Bus. Law § 349 and § 350 (Counts XXXVI and XXXVII of the Amended Complaint); (2) Plaintiff Howard Shreve's negligent misrepresentation claim under Arizona law (Count XI of the Amended Complaint); (3) Plaintiffs Jennifer Hurst's and Brian Razen's fraud claim under Florida law (Count XXII of the Amended Complaint); and (4) Plaintiff Seana Del Rosario's negligent

misrepresentation claim under Hawaii law (Count XXVIII of the Amended Complaint). Those claims are **DISMISSED WITH PREJUDICE**.

- The motion is **DENIED** in all other respects. More specifically, the motion is **DENIED** with respect to (1) Plaintiff Shreve's claims under the Arizona Consumer Fraud Act (Count X of the Amended Complaint) and fraud under Arizona law (Count XII of the Amended Complaint) and (2) Plaintiffs Hurst's and Razen's claim under the Florida Deceptive and Unfair Trade Practices Act (Count XIX of the Amended Complaint). Those claims may proceed at this time.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: November 23, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 23, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126